UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED

DEC 2 8 2010

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

BERNHARD D. SCHWAB,

    Debtor.
_____/

Case No. 6:09-bk-12518-ABB
Chapter 7

SCOTT KEITH SCHILLING,

    Plaintiff,

vs.

BERNHARD D. SCHWAB,

    Defendant.
_____/

Adv. Pro. No. 6:09-ap-00946-ABB

## JUDGMENT

This matter came before the Court on the Amended Complaint to Determine Non-Dischargeability of Debt (Doc. No. 17) filed by Plaintiff Scott Keith Schilling against the Defendant/Debtor Bernhard D. Schwab pursuant to 11 U.S.C. Section 523(a)(6). The final evidentiary hearing was held on October 27, 2010. After reviewing the pleadings and evidence, hearing live testimony and argument, and in conformity with and pursuant to the **Memorandum Opinion** entered contemporaneously herewith, it is

**ORDERED, ADJUDGED and DECREED** that the relief sought in Plaintiff's Amended Complaint (Doc. No. 17) is hereby **DENIED** and **JUDGMENT** is hereby entered in favor of the Defendant/Debtor Bernhard D. Schwab and against the Plaintiff Scott Keith Schilling pursuant to 11 U.S.C. Section 523(a)(6); and it is further

**ORDERED, ADJUDGED and DECREED** that the indebtedness owed by Defendant/Debtor Bernhard D. Schwab to Plaintiff Scott Keith Schilling pursuant to the Wachovia Bank Business Equity Line of Credit executed on February 5, 2007 is **DISCHARGEABLE** pursuant to 11 U.S.C. Section 523(a)(6) and is due to be discharged if and when the Defendant/Debtor is granted a general discharge pursuant to 11 U.S.C. Section 727.

Dated this 28th day of December, 2010.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge